**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **MMG IP MANAGEMENT LLC**, a Texas limited-liability company,<br><br>Plaintiff,<br><br>vs.<br><br>**SALESFORCE.COM, INC.**, a Delaware corporation,<br><br>Defendant. | Civil Case No. 2:16-cv-00940-JRG<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) and this Court's February 19, 2016 Standing Order Re Dismissal Papers, and no answer or motion for summary judgment having been served, Plaintiff hereby dismisses this action with prejudice subject to the terms of the parties' settlement agreement, with each party to bear its own costs and attorney fees.

Dated:  December 8, 2016          Respectfully submitted,

/s/ Stephen M. Lobbin
Stephen M. Lobbin (admitted in E.D. Tex.)
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Tel: 949.502.2870
Fax: 949.258.5081
slobbin@onellp.com
*Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 8, 2016, I electronically transmitted the foregoing document using the CM/ECF system for filing, which will transmit the document electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies have been served on those indicated as non-registered participants.

Dated:  December 8, 2016

                                        /s/ Stephen M. Lobbin
                                        Stephen M. Lobbin (admitted in E.D. Tex.)